# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Hudson Valley Plastics | 1/19/2023 | 266998 | Check | $ 15,265.00 |
| Akorn Operating Company, LLC | Hudson Valley Plastics | 1/25/2023 | 267064 | Check | $ 9,159.00 |
| Akorn Operating Company, LLC | Hudson Valley Plastics | 2/1/2023 | 267183 | Check | $ 9,159.00 |
| | | | | | $ 33,583.00 |