## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2025, I caused a true and correct copy of the foregoing *Answer to Complaint* to be electronically filed with the Clerk of Court and served on the parties identified below via CM/ECF.

Dated: May 22, 2025

                                            */s/ Michael Joyce*
                                            Michael J. Joyce

Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com